892

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ROBERT R. SCHWARTZ, an Attorney and Counselor at Law, Respondent.— Motion in disciplinary proceedings to confirm report of Hon. Isaac M. Kapper, official referee, recommending that respondent be disbarred. Respondent was admitted to practice on November 7, 1928. He was charged with professional misconduct, malpractice, fraud, deceit and conduct prejudicial to the administration of justice, the details of which are all set forth in the petition dated July 17, 1940, filed by the Brooklyn Bar Association. On October 17, 1941, respondent filed an answer in which he denied all the charges, and thereafter the matter was referred to Hon. Isaac M. Kapper, an official referee, to hear the proofs of the parties and report with his recommendation. The respondent defaulted at the hearing. The referee has found that his default was willful, that he is guilty of each charge set forth in the petition and that he has shown " a marked degree of irresponsibility and dishonesty wholly incompatible with the trustworthiness required for the office of attorney and counselor-at-law," and recommends that he be disbarred. Respondent also defaulted upon the motion in this court to confirm the report of the official referee. The recommendation of the official referee that respondent be disbarred must be confirmed, and it is ordered accordingly. Motion to confirm report of the official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of NORMAN J. LOWEY, as Executor of the Estate of EVELINA L. TIETJEN, Deceased, to Discover Certain Personal Property of Said Deceased Claimed to Be Withheld. ANSCHEL E. BARSHAY, Appellant; NORMAN J. LOWEY, as Executor, etc., of EVELINA L. TIETJEN, Deceased, Petitioner, Respondent; JAMES P. MANZI, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

CHARLES KEICHER, Respondent, v. MARY GUTTILLA, Appellant. CATHERINE KEICHER, Respondent, v. MARY GUTTILLA, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

RICHARD T. KING, Appellant, v. LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK and S. JAMES KENNEDY, Defendants, and WALTER JEFFREYS CARLIN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston and Adel, JJ.; Hagarty, J., not voting.

JULIUS O. LARSEN, Respondent, v. NILS I. ARONSEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MORRIS LIPSTEIN, Respondent, v. GENERAL EXCHANGE INSURANCE CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

HARRY RADER, Appellant, v. MAURICE SIMMONS, Individually and as Property Clerk of the Police Department of the City of New York, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.